# Exhibit to Complaint in Interpleader

