UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

MICHEL COHEN, SOTHEBY'S
FINANCIAL SERVICES, INC.,
and JOHN DOES 1-10,

      Defendants in Interpleader.

No. 19 Civ. 9291 (JSR)

---

## DECLARATION OF STEPHEN CHA-KIM

Stephen Cha-Kim declares as follows pursuant to 28 U.S.C. § 1746:

1. I am an Assistant United States Attorney in the Southern District of New York and I am the counsel of record in this matter on behalf of Plaintiff the United States of America. I make this declaration on the basis of personal knowledge to place certain information before the Court in support of Plaintiff's motion for alternate service on Defendant-in-Interpleader Michel Cohen.

2. On or about September 23, 2019, the British Broadcasting Corporation aired "The $50 Million Art Swindle," a feature-length documentary about the efforts of director Vanessa Engle's efforts to locate Defendant-in-Interpleader Michel Cohen ("Cohen"), whose last known, confirmed whereabouts were in Brazil over a decade ago.

3. The film features interviews with Cohen and, as reported in the press, indicates that Cohen, who was born in France and is a French citizen, is and has been living for a number of years in hiding in rural France with his wife and three children.

4. Cohen's current location and address remain unknown to the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 17, 2020
New York, New York

      /s/ Stephen Cha-Kim
Stephen Cha-Kim
Assistant United States Attorney