```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
UNITED STATES OF AMERICA,                                          :
                                                                   :   No. 19 Civ. 9291 (MKV)
                            Plaintiff,                             :
                                                                   :
            -against-                                              :
                                                                   :
MICHEL COHEN, SOTHEBY'S FINANCIAL                                  :
SERVICES, INC., and JOHN DOES 1-10,                                :
                                                                   :
Defendants in Interpleader.                                        :
------------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/4/2020

## **DEFAULT JUDGMENT AND AWARD OF INTERPLEADER PROPERTY**

This action was commenced on October 8, 2019 by the filing of Plaintiff's interpleader complaint. *See* ECF #1. Interpleader-Defendant Sotheby's Financial Services, Inc. ("Sotheby's") subsequently appeared and asserted a crossclaim against Interpleader-Defendant Michel Cohen. *See* ECF #4. To date, Cohen has not appeared in this action. Sotheby's filed a motion for a default judgment against Cohen (the "Motion"), seeking possession of the property at issue in this case. *See* ECF #21-29. The Court issued an order to show cause to Cohen why the Motion should not be granted. *See* ECF #30. Both the Complaint and the Motion were served by publication on Cohen, pursuant to orders of the Court. *See* ECF #11, 30, 32. The Court held a hearing on Sotheby's Motion on November 4, 2020 at which counsel for Sotheby's and Plaintiff were present. Cohen did not appear.

**UPON** the Motion for Default Judgment and Award of Interpleader Property, made by Sotheby's, on August 13, 2020; the Complaint of the United States of America (the "United States"), dated October 8, 2019; the Answer and Cross- Claims of Sotheby's Financial Services, Inc. ("Sotheby's"), dated October 29, 2019; the Declaration of Brian Waldbaum, dated August 13, 2020; the Declaration of Aimee Scillieri, dated August 13, 2020; the Declaration of Dean R.

Nicyper, Esq., dated August 13, 2020, and exhibits thereto; and the accompanying Memorandum of Law, and due cause having been presented, it is hereby

**ORDERED AND ADJUDGED** that Sotheby's Motion for Default Judgment and Award of Interpleader Property is **GRANTED**; and it is further

**ORDERED AND ADJUDGED** that Sotheby's is granted a default judgment against Defendant Michel Cohen with respect to the United States' Complaint and Sotheby's Cross-Claims; and it is further

**ORDERED AND ADJUDGED** that Sotheby's is granted possession to, and all right, title, and interest in, the painting by the artist Jean Dubuffet ("Dubuffet") titled "Site avec 5 personnages," acrylic on paper mounted on canvas, 26 3/8 inches by 19 5/8 inches, 67cm by 50cm, 1981; and it is further

**ORDERED AND ADJUDGED** that the Judgment rendered by the Court on this day in favor of Sotheby's be entered as a final judgment against Defendants, and the Clerk of the Court is directed to enter such Judgment forthwith and to close the case.

*Mary Kay Vyskocil*
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

Judgment entered on this 4th day of November, 2020